AO 440 (Rev. 3/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Zhun Ming LIN & Yue Ng WONG

V.

Michael Mukasey, Robert Mueller, Michael Chertoff, Emilio T. Gonzalez

**SUMMONS IN A CIVIL ACTION**

JUDGE KAPLAN

CASE NUMBER:

**08 CV 1589**

TO: (Name and address of Defendant)

Emilio T. Gonzalez
Director of U.S. Citizenship & Immigration Services
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Cox
401 Broadway #701
New York, NY 10013

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          FEB 1 5 2008

CLERK                                         DATE

(By) DEPUTY CLERK

∆AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2/13/08 |
| NAME OF SERVER *(PRINT)* David Cheuk | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by Certified Mail.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __2/13/08__   _____
              Date              Signature of Server

401 Broadway, Ste. 701
New York, NY 10013
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

Zhun Ming LIN & Yue Ng WONG

V.

Michael Mukasey, Robert Mueller, Michael Chertoff, Emilio T. Gonzalez

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: JUDGE KAPLAN

**08 CV 1589**

TO: (Name and address of Defendant)

Robert Mueller
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Cox
401 Broadway #701
New York, NY 10013

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    FEB 1 5 2008

CLERK                                                 DATE

_[signature]_
(By) DEPUTY CLERK

ᴬOAO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 2/19/08 |
| NAME OF SERVER *(PRINT)* David Cheuk | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by Certified Mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/19/08
            Date                    Signature of Server

401 Broadway, Ste. 701
New York, NY 10013
        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Zhun Ming LIN & Yue Ng WONG

V.

Michael Mukasey, Robert Mueller, Michael Chertoff, Emilio T. Gonzalez

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: JUDGE KAPLAN

## 08 CV 1589

TO: (Name and address of Defendant)

Michael Mukasey
Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Cox
401 Broadway #701
New York, NY 10013

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    FEB 1 5 2008

CLERK                                 DATE

_[signature]_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 2/19/08 |
| NAME OF SERVER *(PRINT)* David Cheuk | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by Certified Mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___2/19/08___   _____
               Date                 Signature of Server

401 Broadway, Ste. 701
New York, NY 10013
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Zhun Ming LIN & Yue Ng WONG

V.

Michael Mukasey, Robert Mueller, Michael Chertoff, Emilio T. Gonzalez

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**JUDGE KAPLAN**

**08 CV 1589**

TO: (Name and address of Defendant)

Michael Chertoff
Secretary of Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Cox
401 Broadway #701
New York, NY 10013

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                               FEB 1 5 2008

CLERK                                            DATE

(By) DEPUTY CLERK

⸺AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2/19/08 |
| NAME OF SERVER *(PRINT)* | TITLE |
| David Cheuk | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by Certified Mail.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/19/08      _David Cheuk_
            Date                 Signature of Server

                            401 Broadway, Ste. 701
                            New York, NY 10013
                            Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2008, a copy of the summons and complaint, were served by CERTIFIED MAIL on:

U.S. Attorney's Office    7001 2510 0000 1225 1081
Southern District of New York
Southern District
86 Chambers Street
New York, NY

Michael Mukasey    7001 2510 0000 1225 1050
U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20528

Michael Chertoff    7001 2510 0000 1225 1067
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

Emilio Gonzalez    7001 2510 0000 1225 2637
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

Robert Mueller    7001 2510 0000 1225 1074
Director, Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

David Cheuk, Paralegal
Law Office of Theodore N. Cox
401 Broadway, Suite 701
New York, New York 10013
(212) 925-1208