UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ZHUN MING LIN and YUE NG WONG,

        Plaintiffs,                      **ECF CASE**

      v.

                                     08 Civ. 1589 (LAK)

MICHAEL MUKASEY, et al.

        Defendants.                 NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
         March 11, 2008

                                                            Respectfully submitted,

                                                           MICHAEL J. GARCIA
                                                           United States Attorney for the
                                                            Southern District of New York

                                   By:    /s/_____
                                                             NATASHA OELTJEN
                                                            Assistant United States Attorney
                                                            86 Chambers Street, 3rd Floor
                                                            New York, New York 10007
                                                           Telephone: (212) 637-2769
                                                           Facsimile: (212) 637-2786
                                                           Email: natalia.oeltjen@usdoj.gov

TO:    Theodore N. Cox, Esq.
        401 Broadway, Suite 701
        New York, NY 10013