UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

ZHUN MING LIN (A76-641-107),
YUE NG WONG (A76-641-108),

                Plaintiffs,

- against -

MICHAEL MUKASEY, Attorney General,
Department of Justice; ROBERT MUELLER,
Director, Federal Bureau of Investigation; MICHAEL
CHERTOFF, Secretary, Department of Homeland
Security; EMILIO T. GONZALEZ, Director, U.S.
Citizenship & Immigration Services;

                Defendants.

Dkt. No. 08 Civ. 1589 (LAK)

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
April 21, 2008

THEODORE N. COX
Attorney for Plaintiffs

_____
Theodore N. Cox, Esq.
401 Broadway, Suite 701
New York, New York 10013
Tel.  (212) 925-1208
Fax  (212) 925-5188

New York, New York
April 21, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

_____
Natasha Oeltjen, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2769
Fax  (212) 637-2786

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

TOTAL P.03